for appellant. Also represented by ROBERT M. ASHER.

JOSEPH R. PALMORE, Morrison & Foerster LLP, Washington, DC, argued for cross-appellants. Cross–Appellant Apple Inc. also represented by SETH W. LLOYD, BRIAN ROBERT MATSUI; DAVID LEE FEHRMAN, MEHRAN ARJOMAND, Los Angeles, CA.

ROBERT J. KENT, Turner Boyd LLP, Redwood City, CA, for cross-appellants Google Inc., Motorola Mobility LLC. Also represented by MATTHEW A. SMITH.

(Moore, Linn, and O'Malley, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for plaintiff-appellant. Also represented by SEAN C. CUNNINGHAM.

FABIO E. MARINO, McDermott, Will & Emery LLP, Menlo Park, CA, argued for defendant-appellee. Also represented by NITIN GAMBHIR; NATALIE A. BENNETT, Washington, DC.

(Moore, Linn, and O'Malley, Circuit Judges ).

Per Curiam

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**NETLIST, INC., Plaintiff–Appellant**

v.

**DIABLO TECHNOLOGIES, INC.,**
**Defendant–Appellee**

2016–1011

United States Court of Appeals,
Federal Circuit.

July 11, 2016

**MOULDTEC, INC., Plaintiff–Appellee**

v.

**PAGTER & PARTNERS INTERNA-**
**TIONAL B.V., Pagter Innovations,**
**Inc., Defendants–Appellants**

2016–1131

United States Court of Appeals,
Federal Circuit.

July 11, 2016